# United States District Court
## Northern District of New York
### CIVIL JUDGMENT

Lori Tuckey,

        Plaintiff,

    -v-

The Commissioner of Social
Security Administration,

        Defendant.

Case Number: 3:06cv615(DEP)

    [X]  Decision by Court.  This action came to trial or hearing before the Court, and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED,** the defendant's motion for judgment on the pleadings is granted and the Commissioner's determination in this matter be affirmed, and the plaintiff's Complaint is dismissed in all respects.

    All of the above pursuant to an Decision & Order of the United States Magistrate Judge David E. Peebles, dated September 25, 2007.

Dated: September 26, 2007

Lawrence K. Baerman, Clerk

Clerk of Court

s/

Marie N. Marra, Deputy Clerk